IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CINDY COOPER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. |
| | § | |
| FEDNAT INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant, FEDNAT INSURANCE COMPANY ("FedNat"), in a cause styled *Cindy Cooper v. FedNat Insurance Company*, originally pending as Cause No. 113380-CV in the 149th Judicial District Court of Brazoria County, Texas, hereby respectfully files this Notice of Removal of that cause to the United States District Court for the Southern District of Texas, Galveston Division, while fully reserving all rights and defenses, and as grounds therefore would respectfully show the Court as follows:

### NATURE OF THE PENDING STATE CASE

1. On or about June 24, 2021, Cindy Cooper ("Plaintiff") filed a civil action styled *Cindy Cooper v. FedNat Insurance Company*, under Cause No. 113380-CV in the 149th Judicial District Court of Brazoria County, Texas.

2. This case involves an insurance dispute wherein Plaintiff alleges in her Original Petition that the property located in Brazoria County, Texas, insured under an insurance policy issued by FedNat sustained storm damage on an undisclosed date. Plaintiff has sued FedNat

alleging causes of action for breach of contract, violations of the Texas Insurance Code, and breach of the duty of good faith and fair dealing.

3. FedNat has attached the documents required to be filed with this Notice of Removal in compliance with Local Rule 81.[1]

## JURISDICTION

4. Pursuant to 28 U.S.C. §1441(a), FedNat removes this action to the District Court of the United States for the Southern District of Texas, Galveston Division, because it is the District and Division embracing the place where such action is pending. Additionally, this Court has diversity jurisdiction, as shown below, because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**A.    Diversity of the Parties**

5. Plaintiff, Cindy Cooper, is an individual who resides in Brazoria County, Texas.[2] Defendant, FedNat, is a foreign corporation organized in Florida with its principal place of business in Sunrise, Florida. Therefore, the parties reside in different states and are completely diverse.

**B.    Amount in Controversy**

6. To show that all the requisites for federal jurisdiction are met, a removing party must demonstrate that the amount in controversy exceeds $75,000.[3] The amount in controversy is ordinarily established on the face of the complaint and the dollar-amount actually claimed.[4]

---

[1] Plaintiff's Original Petition, attached hereto as Exhibit "A;" Proof of Service, attached hereto as Exhibit "B;" Defendant's Original Answer, attached hereto as Exhibit "C;" An Index of Matters Being Filed, attached hereto as Exhibit "D;", Copy of State Court Docket Sheet, attached hereto as Exhibit "E;" List of All Counsel of Record, attached hereto as Exhibit F;" and Civil Cover Sheet, attached hereto as Exhibit "G."
[2] Exhibit A, at para 1.
[3] *See* 28 U.S.C. § 1332(a); *Garcia v. Koch Oil Co. of Texas Inc.*, 351 F.3d 636, 638 (5th Cir. 2003).
[4] *See Garcia*, 351 F.3d at 638 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)); *Allen v. R & H Oil and Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).

Here, Plaintiff's Complaint states she seeks damages over $100,000.[5] Indeed, the parties recently participated in the appraisal process pursuant to the terms of the insurance policy and the appraisers issued an award totaling $94,883.05. Therefore, the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

## TIMING OF REMOVAL

7. FedNat was served with this lawsuit on August 9, 2021 by Plaintiff serving Corporate Creations Network Inc.[6] Therefore, this Notice of Removal is being filed within 30 days of service of the petition pursuant to 28 U.S.C. §1446(b), and is filed less than one year after commencement of the action, pursuant to 28 U.S.C. §1446(c). This Notice is therefore timely filed.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

8. As the removing party, FedNat will give Plaintiff prompt written notice of this Notice of Removal pursuant to 28 U.S.C. §1446(d).

9. FedNat will also file a copy of this Notice of Removal with the 149th Judicial District Court of Brazoria County, Texas, where the state court action is currently pending, as required by 28 U.S.C. §1446(d).

## ANSWER

10. FedNat filed a responsive pleading in the state court action, and will timely file an Amended Answer to Plaintiff's lawsuit in this Honorable Court.

## JURY DEMAND

11. FedNat hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

---

[5] Exhibit A, at para. 4.
[6] *See* Exhibit B.

## CONCLUSION AND PRAYER

12. In light of the foregoing, Defendant FEDNAT INSURANCE COMPANY respectfully removes this civil action styled, *Cindy Cooper v. FedNat Insurance Company*, under Cause No. 113380-CV in the 149th Judicial District Court of Brazoria County, Texas.

13. FedNat prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted by,

*/s/ Les Pickett*
Les Pickett
  "Attorney-in-Charge"
  Federal I.D. No. 14306
  State Bar No. 15980520
  lpickett@gallowaylawfirm.com
William D. Abbott
  Federal I.D. No. 2789456
  State Bar No. 24087069
  wabbott@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1301 McKinney Suite 1400
Galveston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2021, a copy of the above and foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ William D. Abbott*
Les Pickett
William D. Abbott