United States District Court
Southern District of Texas
**ENTERED**
December 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CINDY COOPER, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-242 |
| FEDNAT INSURANCE CO., | § § § | |
| Defendants. | § | |

## **CONDITIONAL DISMISSAL ORDER**

The parties filed a joint notice of settlement advising the court that the above-referenced dispute has settled. Dkt. 6. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, unless any party represents in writing filed with the court **on or before January 10, 2022**, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the court **on or before January 10, 2022**.

All pending motions are hereby **DENIED** as moot.

Each party shall bear its own attorneys' fees and costs.

SIGNED on Galveston Island on the 8th day of December, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE